| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Walter, Donald E. | 2. Court or Organization U.S. Dist Ct; Western Dist LA | 3. Date of Report 05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge-Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

300 Fannin Street, Suite 4200
Shreveport, Louisiana 71101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bancorp South | Guarantor to daughter's loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | See attached description - timber farm rent | E | Rent | N | Q | | | | | |
| 2. | JD Bank Account | A | Interest | K | T | | | | | |
| 3. | See attached description | A | Royalty | J | V | | | | | |
| 4. | Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. | See attached description | B | Rent | K | Q | | | | | |
| 6. | Pierremont Oaks Tennis Club | | None | | | Donated | | | | |
| 7. | Jefferson Davis Bank & Trust Common Stock | E | Dividend | P1 | T | | | | | |
| 8. | See attached description | | None | J | V | | | | | |
| 9. | See attached description | A | Royalty | J | V | | | | | |
| 10. | Coastal Club Common Stock | | None | L | T | | | | | |
| 11. | Exxon Mobil Common Stock-Morgan Stanley #1 | B | Dividend | K | T | Sold (part) | 04/02/15 | J | D | |
| 12. | Bancorp South Account | A | Interest | J | T | | | | | |
| 13. | Charles Schwab & Co., Inc.-money market | | None | J | T | | | | | |
| 14. | See Attached Description | A | Royalty | J | V | | | | | |
| 15. | See Attached Description | E | Royalty | M | V | | | | | |
| 16. | The New Century,LLC | A | Rent | J | V | | | | | |
| 17. | Interest in Niblett Irrigation Inc | | None | J | V | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. R.S. Note | | None | J | V | | | | | |
| 19. JD Bank Account | | None | N | T | | | | | |
| 20. Morgan Stanley Bank #1 | A | Interest | J | T | | | | | |
| 21. Morgan Stanley #2-Bank | A | Interest | J | T | | | | | |
| 22. Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 23. Morgan Stanley #3-bank | A | Interest | J | T | | | | | |
| 24. Morgan Stanley #1- Alphabet Inc Cl A (formerly Google) | | None | K | T | Sold (part) | 05/04/15 | J | A | |
| 25. Morgan Stanley #2-Dow Chemical Co | A | Dividend | | | Sold | 01/28/15 | J | C | |
| 26. Morgan Stanley #2-Honeywell International inc | A | Dividend | | | Sold (part) | 04/24/15 | J | B | |
| 27. | | | | | Sold | 08/24/15 | J | C | |
| 28. Morgan Stanley #1-Facebook | | None | K | T | Sold (part) | 04/02/15 | K | D | |
| 29. Morgan Stanley #2- United Technologies Corp | A | Dividend | | | Sold | 01/28/15 | J | C | |
| 30. Mineral Interest located in Westmoreland County,Pennsylvania | C | Rent | J | W | | | | | |
| 31. Charles Schwab-Inovio Pharmaceuticals | | None | J | T | | | | | |
| 32. Morgan Stanley #1-Amazon Com Inc | | None | | | Sold | 04/02/15 | J | A | |
| 33. Morgan Stanley #2-First Trust North American E | A | Dividend | | | Buy (add'l) | 01/23/15 | J | | |
| 34. | | | | | Sold (part) | 04/24/15 | J | C | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment        T =Cash Market
   (See Column C2)             U =Book Value             V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/04/15 | J | A | |
| 36. Morgan Stanley #2-Imperial Tobacco GP | A | Dividend | | | Sold (part) | 04/24/15 | J | B | |
| 37. | | | | | Sold | 08/24/15 | J | B | |
| 38. Morgan Stanley #2-Nestle Spon Adr | | None | | | Sold | 01/23/15 | J | A | |
| 39. Morgan Stanley #2-Novartis Ag Adr | | None | | | Sold | 01/23/15 | J | A | |
| 40. Morgan Stanley #2-Roche Holdings Adr | | None | | | Sold | 01/23/15 | J | A | |
| 41. Morgan Stanley #2-MFS International Value I | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 42. Morgan Stanley #3-First Trst Hlth Care Alpha | | None | | | Sold | 08/24/15 | J | B | |
| 43. Morgan Stanley #3-First Trust Amex Biotech | A | Dividend | | | Sold (part) | 04/27/15 | J | B | |
| 44. | | | | | Sold | 08/24/15 | J | B | |
| 45. Morgan Stanley #3-First Trust Consmr Staples ETF | A | Dividend | | | Sold | 08/24/15 | J | A | |
| 46. Morgan Stanley #3-First Trust Consumer Discret | A | Dividend | | | Sold | 08/24/15 | J | A | |
| 47. Morgan Stanley #3-First Trust DJ Internet | | None | | | Sold | 08/24/15 | J | A | |
| 48. Morgan Stanley #3-Allianceber Sel US | A | Dividend | | | Sold | 10/08/15 | J | A | |
| 49. Morgan Stanley #3-Blackrock Strategic Inc Opp I | A | Dividend | J | T | | | | | |
| 50. Morgan Stanley #3-Goldman Sachs Strategic Inc | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 51. Morgan Stanley #3-Virtus Dynamic Alphasector I | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Morgan Stanley 529 Plan-Hartford Age-Bas PTF 9-13A | | None | J | T | | | | | |
| 53. Morgan Stanley #2 - Prudential Financial | | None | | | Sold | 01/28/15 | J | A | |
| 54. Morgan Stanley #2 - Cohen & Steer GLB | | None | | | Sold | 04/24/15 | J | A | |
| 55. Morgan Stanley #2 - First Tr Exchange | A | Dividend | | | Buy (add'l) | 04/24/15 | J | | |
| 56. | | | | | Sold | 08/04/15 | J | A | |
| 57. Morgan Stanley #2 - First Tr ISE WTR | | None | | | Sold | 01/23/15 | J | A | |
| 58. Morgan Stanley #2 - First Trust FNCL | | None | | | Buy (add'l) | 04/24/15 | J | | |
| 59. | | | | | Sold | 08/24/15 | J | A | |
| 60. Morgan Stanley #2- First Trust Tech Alpha | A | Dividend | | | Buy (add'l) | 04/24/15 | J | | |
| 61. | | | | | Sold | 08/24/15 | J | A | |
| 62. Morgan Stanley #2 - Home Depot | A | Dividend | | | Buy (add'l) | 04/24/15 | J | | |
| 63. | | | | | Sold | 08/24/15 | J | A | |
| 64. Morgan Stanley #2 - ISHARES S&P 500 Grwth | A | Dividend | | | Sold | 04/24/15 | J | A | |
| 65. Morgan Stanley #2 - Lamar | A | Dividend | | | Buy (add'l) | 04/24/15 | J | | |
| 66. | | | | | Sold | 08/24/15 | J | A | |
| 67. Morgan Stanley #2 - MFS Equity | A | Dividend | J | T | Buy (add'l) | 04/24/15 | J | | |
| 68. Morgan Stanley #2 - Principal SM MDCP | A | Dividend | | | Sold (part) | 04/24/15 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/08/15 | J | A | |
| 70. Morgan Stanley #2 - Williams Co inc | | None | | | Sold | 01/23/15 | J | A | |
| 71. Morgan Stanley #2 - Wisdom Tree | A | Dividend | | | Buy (add'l) | 04/24/15 | J | | |
| 72. | | | | | Sold | 08/24/15 | J | A | |
| 73. Morgan Stanley #2 - Goldman Sachs SMMD | | None | | | Sold (part) | 04/24/15 | J | A | |
| 74. | | | | | Sold | 10/08/15 | J | A | |
| 75. Morgan Stanley #3 - ISHARES S&P 500 Grwth | A | Dividend | | | Sold | 04/27/15 | J | A | |
| 76. Morgan Stanley #3 - Principal GLB Divers | A | Dividend | J | T | | | | | |
| 77. Morgan Stanley #2 - Baxter | A | Dividend | | | Sold | 01/23/15 | J | A | |
| 78. Morgan Stanley #2- Union Pacific | A | Dividend | | | Sold | 08/04/15 | J | A | |
| 79. Morgan Stanley #2 - Wells Fargo | A | Dividend | | | Buy (add'l) | 04/24/15 | J | | |
| 80. | | | | | Sold | 08/24/15 | J | A | |
| 81. Morgan Stanley #2 - First Trust DJ Internet | | None | | | Buy (add'l) | 04/24/15 | J | | |
| 82. | | | | | Sold | 08/24/15 | K | A | |
| 83. Charles Schwab - Celldex Therapeutics | | None | J | T | | | | | |
| 84. Charles Schwab - Oncosec Med Inc | | None | | | Sold | 03/18/15 | J | A | |
| 85. Charles Schwab - Novartis | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Morgan Stanley #2 - First Trust Amex Biotech | A | Dividend | | | Sold | 08/24/15 | J | A | |
| 87. | Morgan Stanley #2 -First Tr Dow Jones Stoxx | | None | | | Buy | 10/08/15 | J | | |
| 88. | | | | | | Sold | 11/20/15 | J | A | |
| 89. | Morgan Stanley #2 -First Trust Large Cap Growth | | None | | | Buy | 10/08/15 | J | | |
| 90. | | | | | | Sold | 11/20/15 | J | A | |
| 91. | Morgan Stanley #2 -Franklin Income Adv | A | Dividend | | | Buy | 01/28/15 | J | | |
| 92. | | | | | | Sold (part) | 04/24/15 | J | A | |
| 93. | | | | | | Sold (part) | 08/04/15 | J | A | |
| 94. | | | | | | Sold | 10/08/15 | J | A | |
| 95. | Morgan Stanley #2 -Franklin Mutual European | A | Dividend | | | Buy | 04/24/15 | J | | |
| 96. | | | | | | Sold | 10/08/15 | J | A | |
| 97. | Morgan Stanley #2 -Goldman Sachs Multi Mgr | A | Dividend | J | T | Buy | 10/08/15 | J | | |
| 98. | | | | | | Sold (part) | 11/20/15 | J | A | |
| 99. | Morgan Stanley #2 -Invesco Small Cap | | None | | | Buy | 04/24/15 | J | | |
| 100. | | | | | | Sold | 10/08/15 | J | A | |
| 101. | Morgan Stanley #2 -IQ Hedge Multi Strat | | None | | | Buy | 01/23/15 | J | | |
| 102. | | | | | | Buy (add'l) | 04/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 08/04/15 | J | A | |
| 104. Morgan Stanley #2 -Nuveen Real Asset | A | Dividend | | | Buy | 08/04/15 | J | | |
| 105. | | | | | Sold | 11/20/15 | J | A | |
| 106. Morgan Stanley #2 -Salient MLP & Energy | A | Dividend | | | Buy | 09/08/15 | J | | |
| 107. | | | | | Sold | 11/20/15 | J | A | |
| 108. Morgan Stanley #2 - Blackrock Multi Asset | A | Dividend | K | T | Buy | 08/04/15 | J | | |
| 109. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 110. Morgan Stanley #2 - Cons Discret Sel Sect | A | Dividend | | | Buy | 01/23/15 | J | | |
| 111. | | | | | Sold | 08/24/15 | J | A | |
| 112. Morgan Stanley #2 - First Tr High YL | A | Dividend | J | T | Buy | 11/20/15 | J | | |
| 113. Morgan Stanley #2 - First Trust Capital Strgth ETF | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 114. Morgan Stanley #2 - First Trust Europe | A | Dividend | K | T | Buy | 09/02/15 | J | | |
| 115. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 116. Morgan Stanley #2 - First Trust Japan | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 117. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 118. Morgan Stanley #2 - First Trust NASD 100 index | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 119. Morgan Stanley #2 - First Trust Small Cap | A | Dividend | J | T | Buy | 09/02/15 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley #2 - FTTR EFT Multi Asset | A | Dividend | | | Buy | 01/28/15 | J | | |
| 121. | | | | | Sold | 04/24/15 | J | A | |
| 122. Morgan Stanley #2 - AB Small Cap | | None | | | Buy | 04/24/15 | J | | |
| 123. | | | | | Sold | 10/08/15 | J | A | |
| 124. Morgan Stanley #2 - Alps Red Rocks | | None | | | Buy | 08/04/15 | J | | |
| 125. | | | | | Sold | 11/20/15 | J | A | |
| 126. Morgan Stanley #2 - First Trust Dorsey Wright | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 127. Morgan Stanley #2 - Franklin K2 Altrntv | A | Dividend | J | T | Buy | 10/08/15 | J | | |
| 128. Morgan Stanley #2 - MFS Int Diversification | A | Dividend | J | T | Buy | 09/21/15 | J | | |
| 129. Morgan Stanley #2 - Virtus Sector Trend | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 130. Morgan Stanley #2 - AB GLB Thematic | | None | J | T | Buy | 08/04/15 | J | | |
| 131. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 132. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 133. Morgan Stanley #2 - Ishares US Fin | A | Dividend | K | T | Buy | 09/02/15 | J | | |
| 134. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 135. Morgan Stanley #2 - Wisdom Tree Europe Hedged | A | Dividend | | | Buy | 01/23/15 | J | | |
| 136. | | | | | Sold | 08/24/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Morgan Stanley #3 - First Tr High Yl | A | Dividend | J | T | Buy | 11/20/15 | J | | |
| 138. Morgan Stanley #3 - First Trust Capital Strgth | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 139. Morgan Stanley #3 - First Trust Dorsey Wright | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 140. Morgan Stanley #3 - First Trust Europe | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 141. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 142. Morgan Stanley #3 - First Trust Fncl Aphadex | A | Dividend | J | T | Buy | 11/20/15 | J | | |
| 143. Morgan Stanley #3 - First Trust Japan | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 144. Morgan Stanley #3 - First Trust NASD 100 Index | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 145. Morgan Stanley #3 - First Trust NASDAQ | A | Dividend | J | T | Buy | 11/20/15 | J | | |
| 146. Morgan Stanley #3 - Ishares US Tech | A | Dividend | J | T | Buy | 09/08/15 | J | | |
| 147. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 148. Morgan Stanley #3 - Ishares Healthcare | A | Dividend | J | T | Buy | 09/08/15 | J | | |
| 149. Morgan Stanley #3 - AB Multi Manager | A | Dividend | J | T | Buy | 10/08/15 | J | | |
| 150. Morgan Stanley #3 - Goldman Sachs Multi Mgr | A | Dividend | J | T | Buy | 04/27/15 | J | | |
| 151. Morgan Stanley #3 - MFS GLB Alternative | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 152. Morgan Stanley #3 - Virtus Sector | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 153. Morgan Stanley #3 - Franklin Mutual European | A | Dividend | | | Buy | 04/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/08/15 | J | A | |
| 155. Morgan Stanley #3 - Alger Spectra A | | None | | | Buy | 04/27/15 | J | | |
| 156. | | | | | Sold | 10/08/15 | J | A | |
| 157. Morgan Stanley #3 - First Tr Dow Jones Stoxx | | None | | | Buy | 10/08/15 | J | | |
| 158. | | | | | Sold | 11/20/15 | J | A | |
| 159. Morgan Stanley #3 - First Trust Large Cap Growth | | None | | | Buy | 10/08/15 | J | | |
| 160. | | | | | Sold | 11/20/15 | J | A | |
| 161. Morgan Stanley #3 - Ishares US Fin | A | Dividend | | | Buy | 09/02/15 | J | | |
| 162. | | | | | Sold | 11/20/15 | J | A | |
| 163. Morgan Stanley #3 - Virtus Alternative | | None | | | Buy | 04/27/15 | J | | |
| 164. | | | | | Sold | 08/04/15 | J | A | |
| 165. Charles Schwab - Generex Biotech | | None | | | Buy | 03/20/15 | J | | |
| 166. | | | | | Sold | 04/23/15 | J | A | |
| 167. Morgan Stanley #1 - Alphabet Inc Cl C (X) (formerly Google) | | None | K | T | | | | | |
| 168. Morgan Stanley #2 - Alger Spectra A | | None | | | Buy | 04/24/15 | J | | |
| 169. | | | | | Sold | 10/08/15 | J | A | |
| 170. Morgan Stanley 529 College Savings Plan (X) | | None | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Valuation Code V: asset value on 36 months gross production

#1, Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008.

#2, Name of bank changed from Jefferson Davis Bank and Trust Co. to JD Bank in 2013.

#3, Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.Valutaion based on 3 times the current year income.

#5, An undivided interest in real estate located in Jennings, Louisiana. Appraisal taken as of 1979.

#6, Asset was gifted to son-in-law.

#8, Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.Valuation based on 3 times the current year income.

#9, Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#14, Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.

#15, Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum. Valuation based on 3 times the current year income.

#16, Value used in sucession of mother, DOD 7/9/2007.

#17, Value used in sucession of mother, DOD 7/9/2007.

#18, Value used in sucession of mother, DOD 7/9/2007.

#19, Name of bank changed from Jefferson Davis Bank and Trust Co. to JD Bank in 2013.

#24, Name changed from Google, Inc. to Alphabet Inc on 10/5/2015. Morgan Stanley #1 holds Alphabet Inc Cl A and Aphabet Inc Cl C at 12/31/2015. In prior years Class A and Class C were reported together. In 2015, they are shown separately on lines 24 and        167.

#64, Morgan Stanley #2 -ISHARES has been changed to Morgan Stanley #2 -ISHARES S&P 500 Grwth. Description has been updated to include full name of fund.

#75, Morgan Stanley #3- ISHARES has been changed to Morgan Stanley #3 -ISHARES S&P 500 Grwth. Description has been updated to include full name of fund.

#167, Name changed from Google, Inc. to Alphabet Inc on 10/5/2015. Morgan Stanley #1 holds Alphabet Inc Cl A and Aphabet Inc Cl C at 12/31/2015. In prior years Class A and Class C were reported together. In 2015, they are shown separately on lines 24 and        167.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald E. Walter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544